FILED
CLERK, U.S. DISTRICT COURT

FEB 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FERRAZ FIGUEIRA, JR., | No. EDCV 07-1121-SVW(CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JAMES E. TILTON (Secretary), | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that respondent's motion to dismiss (docket no. 12, filed January 10, 2008); and (3) that judgment be entered dismissing the petition, with prejudice, as time-barred.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: 2/5/09

_____
STEPHEN V. WILSON
United States District Judge