FILED
CLERK, U.S. DISTRICT COURT
FEB 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FERRAZ FIGUEIRA, JR., ) | No. EDCV 07-1121-SVW(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| JAMES E. TILTON (Secretary), ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: 2/5/09

STEPHEN V. WILSON
United States District Judge